# Exhibit
# 3



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

June 14, 2021

**VIA EMAIL:  slogsdon@rsecurity.net**
Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
1920 Northgate Blvd
#A-9
Sarasota, FL 34234

**Re:   Affordable Aerial Photography, Inc. v. Rapid Security Solutions, LLC.**
 **Our File:  00022-0130**

Dear Ms. Logsdon,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

(a) The name of the insurer.
(b) The name of each insured.
(c) The limits of the liability coverage.
(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement, and
(e) A copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

June 14, 2021

**VIA EMAIL:  slogsdon@rsecurity.net**
Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
1920 Northgate Blvd
#A-9
Sarasota, FL 34234

Re:   **Affordable Aerial Photography, Inc. v. Rapid Security Solutions, LLC.**
      **Our File:  00022-0130**

Dear Ms. Logsdon,

**We are a law firm making a claim on behalf of our client.  We know that this is
reaching you during a difficult and trying time and that you may have more pressing
concerns. We appreciate that responding to this letter may not be your first
priority.  However, we must receive a response from you so that we know that you are
taking this matter seriously, even if you need more time to hire a lawyer or report this
claim to your insurance carrier.  If we hear from you then we can work with you to
understand your position and resolve our client's claim. Please respond to us.**

We write on behalf of our client Affordable Aerial Photography, Inc., a photograph
licensing agent, for purposes of resolving a case of copyright infringement against you
by our client.  This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of
insurance that may cover this claim and refer them to the enclosed demand pursuant to
§ 627.4137, Florida Statutes, for insurance information in this matter.

*Affordable Aerial Photography, Inc. ("AAP")*
Robert Stevens, owner of Affordable Aerial Photography, Inc., is a high-end real estate
photographer who makes his living photographing million dollar homes for real estate
agents. Stevens is an employee of his company, AAP, which provides photo shoots to a
client's specifications. Stevens is self-taught, but his photographs rival those taken by
photographers who charge thousands more.  AAP licenses its photos to agents pursuant
to a written license. The license is granted only to the agent for whom the photos were
taken.

CALIFORNIA                  GEORGIA                  FLORIDA                  TENNESSEE                  NEW YORK

8730 Wilshire Boulevard   12 Powder Springs St.   21301 Powerline Rd     818 18th Ave. S.        125 Maiden Lane
      Suite 350                Suite 200                Suite 100             10th Floor                Suite 5C
  Beverly Hills, CA 90211   Marietta, GA 30064     Boca Raton, FL 33433   Nashville, TN 37203    New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
June 14, 2021
Page 2


AAP retains all copyrights to its photographs.  AAP licenses its copyrighted Works, such as the one in this case, for commercial use.

AAP created the images, hereinafter referred to as the "Works."

The Works at issue are shown below.  At the time the Works were created, AAP applied Copyright Management Information to the images.



**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
June 14, 2021
Page 3



AAP registered the Works with the Register of Copyrights on January 27, 2014 and was assigned the registration number VA 1-896-890, a copy of which is enclosed.

*Infringement by Rapid Security Solutions, LLC. ("RSS")*
We have enclosed contemporaneous evidence of the infringement by RSS. In addition to the infringement, AAP's photograph was very obviously cropped as shown on the attached. You have employed our client's Work in at least the manner indicated in the evidence attached. You are fully aware that the Work you used is our client's Work. No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
| --- | --- | --- | --- | --- |
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350 | Fax: 561.404.4353 | www.sriplaw.com | info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
June 14, 2021
Page 4

and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*

Copyright law provides several different elements of compensation to AAP when a work is infringed or altered.  Section 504 permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement. AAP can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  AAP's photographs are of the highest quality.  AAP's photographs are also scarce since it is one of the only sources of such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Work for prior to the infringement.  Rather, AAP's actual damages will be measured by the fair market value of the photograph considering RSS's use to sell and promote its business. AAP's actual damages must be measured in light of RSS's use of AAP's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, AAP will also be

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
June 14, 2021
Page 5

entitled to RSS's profits from the infringement, based upon the revenue RSS earned in connection with the use of AAP's Work.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that  RSS's infringement was willful. If RSS's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of AAP's copyright management information.  17 USC 1203(c)(3)(B) permits AAP to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202.  Based upon RSS's removal of AAP's CMI, AAP will seek the maximum statutory damages of $25,000 per photograph against  RSS for this violation.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.   the full nature and extent of the use of our client's Work, in any and all formats;

2.   representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.   the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by June 28, 2021, we will take further steps to protect our client's rights.

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
June 14, 2021
Page 6

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu
Enclosures

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350   |   Fax: 561.404.4353   |   www.sriplaw.com   |   info@sriplaw.com

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-896-890

**Effective date of
registration:**
January 27, 2014

---

**Title** ──────────

Title of Work: 5050_N_Ocean_Drive_Oceans_Edge

**Completion/Publication** ──────

Year of Completion: 2013

Date of 1st Publication: November 11, 2013     Nation of 1st Publication: United States

**Author** ──────

■   Author: Robert Stevens

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States

**Copyright claimant** ──────

Copyright Claimant: Robert Stevens

1123 Melinda Ln, Haverhill, FL, 33417, United States

**Certification** ──────

Name: Robert Stevens

Date: January 27, 2014



Registration #:   VA0001896890
Service Request #:   1-1175759066

Robert Stevens
1123 Melinda Ln
Haverhill, FL 33417  United States





Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

July 12, 2021

**VIA EMAIL:  slogsdon@rsecurity.net ; customercare@rsecurity.net ; info@rsecurity.net**
Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
1920 Northgate Blvd
#A-9
Sarasota, FL 34234

Re:   **Affordable Aerial Photography, Inc. v. Rapid Security Solutions, LLC.**
      **Our File:  00022-0130**

Dear Ms. Logsdon,

**We are a law firm making a claim on behalf of our client.  We know that this is reaching you during a difficult and trying time and that you may have more pressing concerns. We appreciate that responding to this letter may not be your first priority.  However, we must receive a response from you so that we know that you are taking this matter seriously, even if you need more time to hire a lawyer or report this claim to your insurance carrier.  If we hear from you then we can work with you to understand your position and resolve our client's claim. Please respond to us.**

We write this follow up letter on behalf of our client Affordable Aerial Photography, Inc. for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated June 14, 2021, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed.  It is imperative that you respond to us.  If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you.  We also repeat our demand that you tender this claim to your insurance carrier.

| CALIFORNIA | GEORGIA | FLORIDA | TENNESSEE | NEW YORK |
|---|---|---|---|---|
| 8730 Wilshire Boulevard Suite 350 Beverly Hills, CA 90211 | 12 Powder Springs St. Suite 200 Marietta, GA 30064 | 21301 Powerline Rd. Suite 100 Boca Raton, FL 33433 | 818 18th Ave. S. 10th Floor Nashville, TN 37203 | 125 Maiden Lane Suite 5C New York, NY 10038 |

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com

Ms. Shannon Logsdon
Rapid Security Solutions, LLC.
July 12, 2021
Page 2

We look forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/tsu

**CALIFORNIA**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211

**GEORGIA**
12 Powder Springs St.
Suite 200
Marietta, GA 30064

**FLORIDA**
21301 Powerline Rd.
Suite 100
Boca Raton, FL 33433

**TENNESSEE**
818 18th Ave. S.
10th Floor
Nashville, TN 37203

**NEW YORK**
125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350  |  Fax: 561.404.4353  |  www.sriplaw.com  |  info@sriplaw.com